| | | |
|---|---|---|
| People v Livingston | 1st Dept: 150 AD3d 448 (NY) | denied 7/26/17 (Fahey, J.) |
| People v Lopez | App Div, 2d Dept: 2017 NY Slip Op 70888(U) (Kings) | dismissed 7/10/17 (Stein, J.) |
| People v Lormil | 2d Dept: 149 AD3d 1101 (Kings) | denied 7/31/17 (Fahey, J.) |
| People v Lundy | 4th Dept: 148 AD3d 1660 (Monroe) | denied 7/24/17 (Rivera, J.) |
| People v Macaiba | 1st Dept: 149 AD3d 651 (NY) | denied 7/25/17 (Rivera, J.) |
| People v Maltese | 4th Dept: 148 AD3d 1780 (Genesee) | denied 7/31/17 (Stein, J.) |
| People v Mays | 1st Dept: 149 AD3d 549 (NY) | denied 7/5/17 (Stein, J.) |
| People v McFadden (Lloyd) | 1st Dept: 149 AD3d 599 (Bronx) | denied 7/26/17 (Fahey, J.) |
| People v McFadden (Ronell) | 4th Dept: 148 AD3d 1769 (Monroe) | denied 7/5/17 (Stein, J.) |
| People v McIntosh | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 142(A) (Queens) | denied 7/26/17 (Fahey, J.) |
| People v McKenzie | 2d Dept: 148 AD3d 936 (Queens) | denied 7/24/17 (Wilson, J.) |
| People v McManus | 2d Dept: 150 AD3d 762 (Nassau) | denied 7/25/17 (Rivera, J.) |
| People v McRae | 3d Dept: 150 AD3d 1328 (Albany) | denied 7/19/17 (DiFiore, Ch. J.) |
| People v Mejia | 2d Dept: 150 AD3d 1028 (Kings) | denied 7/26/17 (Fahey, J.) |
| People v Melgurrero | 1st Dept: 149 AD3d 560 (NY) | denied 7/26/17 (Fahey, J.) |
| People v Mendoza | 1st Dept: 150 AD3d 425 (NY) | denied 7/26/17 (Fahey, J.) |
| People v Middleton | County Ct, 3/27/17 (Warren) | denied 7/7/17 (Rivera, J.) |
| People v Murchison | App Div, 2d Dept: 2017 NY Slip Op 69729(U) (Queens) | dismissed 7/26/17 (Fahey, J.) |
| People v Murphy | 2d Dept: 151 AD3d 754 (Queens) | denied 7/31/17 (DiFiore, Ch. J.) |
| People v Musella | 3d Dept: 148 AD3d 1465 (Schenectady) | denied 7/25/17 (Rivera, J.) |
| People v Myers | 4th Dept: 145 AD3d 1596 (Onondaga) | granted 7/28/17 (Rivera, J.) |
| People v Myles | 4th Dept: 149 AD3d 1625 (Onondaga) | denied 7/24/17 (DiFiore, Ch. J.) |
| People v Nanny | 4th Dept: 149 AD3d 1592 (Erie) | denied 7/10/17 (Stein, J.) |
| People v Newsome | 1st Dept: 150 AD3d 552 (NY) | denied 7/10/17 (Stein, J.) |
| People v Norwood | 4th Dept: 149 AD3d 1549 (Monroe) | denied 7/25/17 (Rivera, J.) |